UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HENRY TOMKIEL,

                         Plaintiff,

    v.

HARTFORD   CASUALTY   INSURANCE
COMPANY,

                         Defendant.

Case No. 2:13-cv-01888-JCM-PAL

ORDER

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #14) filed December 23, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than August 8, 2014. There are no dispositive motions pending. To date, the parties have not complied.

On July 7, 2014, a Notice of Settlement (Dkt. #25) was filed advising the court that that a settlement had been reached and a stipulation to dismiss would be received within thirty days. To date, a stipulation to dismiss has not been filed. Accordingly,

**IT IS ORDERED** that:

1.     The parties shall have until **September 19, 2014**, in which to file a stipulation to dismiss. Alternatively, the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4. Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

/ / /

/ / /

2.    The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 19th day of August, 2014.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE